**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM F. KAETZ, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-62 |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN U.S. MARSHALS, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

This *pro se* civil-rights case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

On February 7, 2022, the Court dismissed Mr. Kaetz's case with prejudice and Mr. Kaetz's case was closed.  ECF 41.  On September 9, 2022, the Third Circuit affirmed this Court's order.  ECF 45.  Now, over three years after the conclusion of his case, Mr. Kaetz has moved for the Court to set aside its prior order (ECF 41) and to reopen his case under Federal Rules of Civil Procedure 60(b)(3) and 60(d)(3).  ECF 46.

Judge Dodge issued a Report and Recommendation concluding that the Court should deny Mr. Kaetz's motion.  ECF 48.  After reviewing Mr. Kaetz's objections (ECF 49) *de novo*, the Court adopts Judge Dodge's R&R in full and denies Mr. Kaetz's motion.

Mr. Kaetz's motion for relief fails under both Rule 60(b)(3) and Rule 60(d)(3). Mr. Kaetz's motion under Rule 60(b)(3) is time-barred.  Rule 60(c)(1) requires that the motion be filed "no more than a year after the entry of the judgment or order." It's too late for Mr. Kaetz to file a Rule 60(b)(3) motion—it's been well-over a year.  As for Mr. Kaetz's Rule 60(d)(3) motion, Mr. Kaetz would have to establish by clear and

convincing evidence "an unconscionable plan or scheme which is designed to improperly influence the court in its decision." *Hatchigian v. Int'l Bhd. of Elec. Workers Loc. 98 Health & Welfare Fund*, 610 F. App'x 142, 143 (3d Cir. 2015) (cleaned up). Mr. Kaetz's broad allegations, ranging from "fraud in student aid" to the "dismantling [of] the U.S. Department of Education" do not clearly establish fraud on the Court under Rule 60(d)(3). *See* ECF 49 at 1.

***************

**AND NOW**, this 24th day of March, 2026, it is hereby **ORDERED** that Judge Dodge's R&R (ECF 48) is **ADOPTED** and Mr. Kaetz's motion (ECF 46) is **DENIED**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
William Kaetz
437 Abbott Rd
Paramus, NJ 07652