**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WILLIAM F. KAETZ,                          )
                                           )
            Plaintiff,                     )  2:21-CV-62
                                           )
      v.                                   )
                                           )
UNKNOWN U.S. MARSHALS, *et al.*,           )
                                           )
            Defendants.                    )

## ORDER

This *pro se* civil-rights case was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

On February 7, 2022, the Court dismissed Mr. Kaetz's case with prejudice and Mr. Kaetz's case was closed. ECF 41. On September 9, 2022, the Third Circuit affirmed this Court's order. ECF 45. Three years after the conclusion of his case, Mr. Kaetz moved for the Court to set aside its prior order (ECF 41) and to reopen his case under Federal Rules of Civil Procedure 60(b)(3) and 60(d)(3). ECF 46. The Court denied that motion. ECF 50.

Mr. Kaetz now claims that the Court's latest order (ECF 50) establishes "a new and continuing fraud on the Court," and moves for the Court to set aside its final judgment on that basis. ECF 51. Judge Dodge issued a Report and Recommendation concluding that the Court should deny Mr. Kaetz's motion. ECF 54. After reviewing Mr. Kaetz's objections (ECF 45) *de novo*, the Court adopts Judge Dodge's R&R in full and denies Mr. Kaetz's motion. The Court's prior order does not establish fraud on the Court under Rule 60(d)(3).

*****************

-2-

**AND NOW**, this 2nd day of June, 2026, it is hereby **ORDERED** that Judge Dodge's R&R (ECF 54) is **ADOPTED** and Mr. Kaetz's motion (ECF 51) is **DENIED**.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
William Kaetz
437 Abbott Rd
Paramus, NJ 07652